**Opinion issued June 1, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00226-CV

————————————

## IN RE JAMES ALLEN, ALLAN HAYE, ROBERT L. THOMAS, AND JAMES M. ANDERSEN, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, James Allen, Allan Haye, Robert L. Thomas and James M. Andersen (collectively "relators"), filed a petition for a writ of mandamus challenging the trial court's March 24, 2023 order denying their motion to show authority.[1]

---

[1] The underlying case is *James Allen, Robert L. Thomas, and Allan Haye v. PCF Properties in Texas, LLC v. Elizabeth Thomas, James M. Andersen, and JPMorgan Chase Bank, N.A.*, Cause No. 2020-35780, in the 80th District Court of Harris County, Texas, the Honorable Jeralynn Manor presiding.

Thereafter, relators filed a suggestion of bankruptcy. *See* TEX. R. APP. P. 8.1. As a result, the original proceeding was stayed on April 11, 2023. *See* TEX. R. APP. P. 8.2. On May 8, 2023, relators filed a notice that the bankruptcy stay had been lifted, which we construe as a motion to reinstate the original proceeding. *See* TEX. R. APP. P. 8.3(a). We grant the motion, lift the stay imposed on April 11, 2023, and reinstate the original proceeding on the Court's active docket.

Relators have now filed a motion to dismiss the original proceeding, stating that the trial court granted summary judgment in favor of real party in interest, PCF Properties in Texas, LLC, and therefore, "[r]elators no longer seek to have their [petition for] writ [of mandamus] heard before the [C]ourt as the pending controversy is now moot." *See* TEX. R. APP. P. 52.8(a).

Relators' motion does not include a certificate of conference, but more than ten days have passed since their motion was filed, and no party has opposed the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant relators' motion and dismiss the petition for writ of mandamus. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.